```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 38326
    LAWRENCE R CONRO
    MALEA S CONRO                               CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

         Debtor
    SSN XXX-XX-5986     SSN XXX-XX-1777
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/14/04 and confirmed on 12/14/04.

2. The case was dismissed after confirmation, 01/08/2009.

3. The Debtor paid a total of $ 45685.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| CHRYSLER FINANCIAL SVC A | SECURED | 23486.70 | 2450.58 | 23486.70 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 14200.98 | .00 | 4000.01 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7329.44 | .00 | 2064.49 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 5773.88 | .00 | 1626.35 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 14152.65 | .00 | 3986.39 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 6318.08 | .00 | 1779.62 |
| FLEET CREDIT CARD | UNSECURED | NOT FILED | .00 | .00 |
| HSBC BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| MBNA AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| MBNA | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 8525.76 | .00 | 2401.45 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 877.56 | .00 | 247.19 |

Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 23486.70 | .00 | 57178.35 | .00 | 80665.05 |
| PRINCIPAL PAID | 23486.70 | .00 | 16105.50 | .00 | 39592.20 |
| INTEREST PAID | 2450.58 | .00 | .00 | .00 | 2450.58 |
| TOTAL PAID | 25937.28 | .00 | 16105.50 | .00 | 42042.78 |

The Debtor's attorney, COSTELLO & COSTELLO        , was allowed $   2200.00 and was paid $   641.00  direct and $   1559.00  through the plan.

The Trustee received $   2083.22 .

Refunds to the Debtor totaled $      .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/13/09                     /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 04 B 38326 LAWRENCE R CONRO & MALEA S CONRO